Motion Granted; Appeal Dismissed and Memorandum
Opinion filed March 3, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00640-CV

____________

 

DAVID F. KRONGARD, Appellant

 

V.

 

THE METHODIST HOSPITAL, SUGAR LAND, Appellee

 



 

On Appeal from the 281st District Court

Harris County, Texas

Trial Court Cause No. 2007-73908

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed May 24, 2010.  On February 17, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted. 
Appellee’s request for damages pursuant to Texas Rule of Appellate Procedure 45
is denied.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Brown, Boyce and Jamison.